IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>GARY J. MEYERS, in his official capacity as )<br>   a fiduciary, )<br>)<br>                       Plaintiffs )<br>  v. )<br>)<br>SASHCO SECURITY, INC. )<br>   a/k/a Sashco Security Inc. )<br>   a/k/a Sashcho, Inc. )<br>)<br>                       Defendants ) | CIVIL ACTION NO.<br>1:08-cv-994 (EGS) |

## MOTION TO EXTEND TIME TO FILE ANSWER

Plaintiffs, by their undersigned counsel, move for an extension of time for Defendant to file an Answer and in support thereof represent the following:

1. The Complaint in the above-captioned action was filed on June 9, 2008 and served on Defendant on July 2, 2008.

2. Responsive pleadings were due on or before July 23, 2008.

3. The parties are involved in settlement negotiations in an attempt to resolve this matter without further litigation.

4. The undersigned counsel believes that it would be in the interest of justice and conservation of judicial resources to allow the parties to settle this matter without further litigation.

197804-1

WHEREFORE, Plaintiffs pray this Honorable Court to grant an extension to August 15, 2008 for Defendant to file a responsive pleading.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

/s/ Kent Cprek
KENT CPREK
Bar No. 478231
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Sq.
Philadelphia, PA 19106-3683
215-351-0611

Attorney for Plaintiff

Dated: July 23, 2008

OF COUNSEL:
JENNIFER L. HOPE
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0617

197804-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> GARY J. MEYERS, in his official capacity as ) <br>    a fiduciary, ) <br> ) <br>                     Plaintiffs ) <br> v. ) <br> ) <br> SASHCO SECURITY, INC. ) <br>    a/k/a Sashco Security Inc. ) <br>    a/k/a Sashcho, Inc. ) <br> ) <br>                     Defendants ) | CIVIL ACTION NO. <br> 1:08-cv-994 (EGS) |

## **O R D E R**

UPON consideration of this Motion to Extend Time to File Answer, IT IS HEREBY ORDERED that:

(1)    An extension to August 15, 2008 is hereby granted to Defendant to file an Answer to Plaintiffs' Complaint.

(2)    Defendant may not use this extension of time to file a Motion pursuant to Fed. R. Civ. P. 12(b)(2)-(5) or a Motion to Transfer Venue.

BY THE COURT:

Date:_____    By: _____
                                                          EMMET G. SULLIVAN    J.
                                                          United States District Judge

197804-1

## CERTIFICATE OF SERVICE

I, Jennifer L. Hope, Esquire, state under penalty of perjury that I caused a copy of the foregoing Motion to Extend Time to File Answer to be served via First Class Mail, postage prepaid on the date and to the address below:

> MacCarley & Rosen
> Attn: Mark MacCarley
> 3436 N. Verdugo Road
> Suite 100
> Glendale, CA 91208

Date: July 23, 2008            /s/ Jennifer L. Hope
                               JENNIFER L. HOPE

197804-1