IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> GARY J. MEYERS, in his official capacity as ) <br> a fiduciary, ) <br> ) <br> Plaintiffs ) <br> v. ) <br> ) <br> SASHCO SECURITY, INC. ) <br> a/k/a Sashco Security Inc. ) <br> a/k/a Sashcho, Inc. ) <br> ) <br> Defendants ) | CIVIL ACTION NO. <br> 1:08-cv-994 (EGS) |

### SECOND MOTION TO EXTEND TIME TO FILE ANSWER

Plaintiffs, by their undersigned counsel, move for an additional extension of time for Defendant to file an Answer and in support thereof represent the following:

1. The Complaint in the above-captioned action was filed on June 9, 2008 and served on Defendant on July 2, 2008.

2. Responsive pleadings were due on or before July 23, 2008.

3. Plaintiffs filed, and the Court granted, a Motion to Extend the Time to File an Answer on July 23, 2008.

4. The parties continue to actively engage in settlement negotiations in an attempt to resolve this matter without further litigation.

4. The undersigned counsel believes that it would be in the interest of justice and conservation of judicial resources to allow the parties to settle this matter without further litigation.

198404-1

WHEREFORE, Plaintiffs pray this Honorable Court to grant an extension to September 15, 2008 for Defendant to file a responsive pleading.

        Respectfully submitted,

        JENNINGS SIGMOND, P.C.

        /s/ Kent Cprek
        KENT CPREK
        Bar No. 478231
        JENNINGS SIGMOND, P.C.
        The Penn Mutual Towers, 16th Floor
        510 Walnut Street, Independence Sq.
        Philadelphia, PA 19106-3683
        215-351-0611

        Attorney for Plaintiff

Dated: August 14, 2008

OF COUNSEL:
JENNIFER L. HOPE
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0617

198404-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> GARY J. MEYERS, in his official capacity as ) <br>   a fiduciary, ) <br> ) <br>                              Plaintiffs ) <br> v. ) <br> ) <br> SASHCO SECURITY, INC. ) <br>   a/k/a Sashco Security Inc. ) <br>   a/k/a Sashcho, Inc. ) <br> ) <br>                              Defendants ) | CIVIL ACTION NO. <br> 1:08-cv-994 (EGS) |

## **ORDER**

UPON consideration of this Motion to Extend Time to File Answer, IT IS HEREBY ORDERED that:

(1)   An extension to September 15, 2008 is hereby granted to Defendant to file an Answer to Plaintiffs' Complaint.

(2)   Defendant may not use this extension of time to file a Motion pursuant to Fed. R. Civ. P. 12(b)(2)-(5) or a Motion to Transfer Venue.

BY THE COURT:

Date:_____     By:_____
                                   EMMET G. SULLIVAN    J.
                                   United States District Judge

198404-1

## CERTIFICATE OF SERVICE

    I, Jennifer L. Hope, Esquire, state under penalty of perjury that I caused a copy of the foregoing Motion to Extend Time to File Answer to be served via First Class Mail, postage prepaid on the date and to the address below:

>MacCarley & Rosen
>Attn: Mark MacCarley
>3436 N. Verdugo Road
>Suite 100
>Glendale, CA 91208

Date: August 14, 2008              /s/ Jennifer L. Hope
                                                    JENNIFER L. HOPE

198404-1