IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>GARY J. MEYERS, in his official capacity as )<br>a fiduciary, )<br>)<br>Plaintiffs )<br>v. )<br>)<br>SASHCO SECURITY, INC. )<br>a/k/a Sashco Security Inc. )<br>a/k/a Sashcho, Inc. )<br>)<br>Defendants ) | CIVIL ACTION NO.<br>1:08-cv-994 (EGS) |

## SECOND UNOPPOSED MOTION TO
## EXTEND TIME TO FILE AN ANSWER

Plaintiffs, by their undersigned counsel, move for an additional extension of time for Defendant to file an Answer and in support thereof represent the following:

1. The Complaint in the above-captioned action was filed on June 9, 2008 and served on Defendant on July 2, 2008.

2. Responsive pleadings were due on or before July 23, 2008.

3. Plaintiffs filed, and the Court granted, a Motion to Extend the Time to File an Answer on July 23, 2008.

4. Plaintiffs counsel has conferred with Defendant's counsel as to the relief sought and the parties continue to actively engage in settlement negotiations in an attempt to resolve this matter and are close to finalizing a negotiated settlement agreement.

5. The current motion is unopposed as the parties believe that it would be in the interest of justice and conservation of judicial resources to allow this matter to be settled without further litigation.

198404-1

WHEREFORE, Plaintiffs pray this Honorable Court to grant an extension to September 15, 2008 for Defendant to file a responsive pleading.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

/s/ Kent Cprek
KENT CPREK
Bar No. 478231
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Sq.
Philadelphia, PA 19106-3683
215-351-0611

Attorney for Plaintiff

Dated: August 15, 2008

OF COUNSEL:
JENNIFER L. HOPE
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0617

198404-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED <br> TRADES INDUSTRY PENSION FUND <br> GARY J. MEYERS, in his official capacity as <br> a fiduciary, <br> <br> Plaintiffs <br> v. <br> <br> SASHCO SECURITY, INC. <br> a/k/a Sashco Security Inc. <br> a/k/a Sashcho, Inc. <br> <br> Defendants | CIVIL ACTION NO. <br> 1:08-cv-994 (EGS) |

## ORDER

UPON consideration of this Motion to Extend Time to File Answer, IT IS HEREBY ORDERED that:

(1)   An extension to September 15, 2008 is hereby granted to Defendant to file an Answer to Plaintiffs' Complaint.

(2)   Defendant may not use this extension of time to file a Motion pursuant to Fed. R. Civ. P. 12(b)(2)-(5) or a Motion to Transfer Venue.

BY THE COURT:

Date:_____   By: _____
                               EMMET G. SULLIVAN   J.
                               United States District Judge

198404-1

## CERTIFICATE OF SERVICE

I, Jennifer L. Hope, Esquire, state under penalty of perjury that I caused a copy of the foregoing Motion to Extend Time to File Answer to be served via First Class Mail, postage prepaid on the date and to the address below:

> MacCarley & Rosen
> Attn: Mark MacCarley
> 3436 N. Verdugo Road
> Suite 100
> Glendale, CA 91208

Date: August 15, 2008                            /s/ Jennifer L. Hope
                                                 JENNIFER L. HOPE

198404-1